UNited States District Court
District of Connecticut

10cv562mtn1

Daniel Riles                    FILED
        Plaintiff
                        2010 SEP 30 P 12: 41    PRisoner case no.
                                                3:10CV00652(RNC)
                                U.        URT
V.


Mark Buchanan et.al.            September 28, 2010
        Defendants


        Motion to Withdraw Request
        For appointment of Counsel


Plaintiff, Daniel Riles, now Comes and respectfully moves
this Court to Allow the Plaintiff to WithdRaw his
request For appointment of Pro bono Counsel. reAson
Therefore, Plaintiff on Sept. 28,2010, having Filed a Motion
to dismiss the complaint in the Instant matter Without
Prejudice Tender Plaintiff request For Pro bono counsel
appointment moot.


September 28, 2010                      Daniel Riles
                                        Daniel Riles 235288
                                        northern C.I.
                                        287 Bilton Road
                                        Somers CT 06071

ORDer

the above Motion having been heard by the court is
hereby:        GRanted ''' Denied

By the Court

_____
Clerk                      /              Judge