United States District Court
District of Connecticut

FILED

10cv562 ahc

2010 SEP 30 P 12:09

Daniel Riles
    Plaintiff

Prisoner Case No.
3:10cv00652(RNC)

V.

Mark Buchanan et. al.
    Defendants

September 28, 2010

## Notice of Plaintiff's Dismissal

Plaintiff, Daniel Riles, now comes and respectfully moves this Court pursuant to rule 41 of the Fed. R. Civ. P. to effect dismissal of the Complaint in the above captioned case. The reason therefore, Plaintiff is confined to a Maximum Security Institution who have limit legal resources. Due to which causes Plaintiff inability to converse and communicate with any lawyer that may be appointed by this Court or to litigate this matter on Plaintiff own accord. Wherefore, Plaintiff request this Court dismiss his complaint without prejudice to any future filing.

Sept. 28, 2010

*Daniel Riles*
Daniel Riles 235288
Northern C.I.
287 Bilton Road
Somers CT 06071

## ORder

The above notice having been heard by this court is hereby: Granted / Denied

By the Court

_____
Clerk