UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DANIEL A. Riles JR. #235288　　|　CASE # 3:10-CV-00652
(Plaintiff)　　　　　　　　　　　|
　　　　　　　　　　　　　　　　|　Dated Oct. 8th 2010 (10/8/10)
V.　　　　　　　　　　　　　　　|
　　　　　　　　　　　　　　　　|
Daniel Bannish, et AL.　　　　　|
(Defendants)　　　　　　　　　　|

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/13/2020
Roberta D. Tabora, Clerk
By _____ Deputy Clerk

## Plaintiffs' Motion for Relief From A Judgment, Order or Proceedings

Pursuant to "Rule 60" (B)-3)-6) &(D)-1)-3) of "The Federal Rules of Civil Procedures. The Plaintiff Hereby moves The Court to grant Relief From A Proceeding & or Order That was the Result of "FRAUD & MISREPRESENTATION ON the COURT, FOR REASONS SET Forth:

1.) A, Prisoner By the Name of IRA Alston #275666 Admitted to the Plaintiff, That He was going to HAVE This Plaintiff's Civil Action Dismissed or With--Drawn IN Retaliation For Defendent Micheal Blue.

- 1 -

2.) According to Inmate IRA Alston #275666, He was given this prisoner plaintiff's Docket Number.

3.) When This Prisoner Heard this He wrote A Letter to Judge Robert N. Chatigny on Sept. 8th 2010, thinking that This was His only Form of protection Against Fraud, & to Explain to the Court His plight of Retaliation For Seeking Recompence For the violations of His Federally Protected Rights.

4.) After continuing to Be teased & Harassed by Inmate IRA Alston #275666, (who Lives next to this plaintiff) who constantly Bosted About His Legal savy & His Ability to get this prisoner plaintiff's case closed, claiming that this Action can be ~~done~~ Done by Any clerk without the Judge's Authority.

5.) This plaintiff then wrote Another Letter to "Deputy Clerk" Barbara Grady At the U.S.D.C. office of the clerk in Hartford, Telling Her About this plaintiff's Fear that IRA Alston #275666 with Help From someone out on the street was trying to get this plaintiff's civil Action Dismissed.

6.) On Sept. 29th 2010 This prisoner was Finally given A Legal call From His Unit C.T.O. (Mu'min) whom He Complained About in the Sept. 8th 2010 Letter to Judge Robert N. Chatigny.

— 2 —

7.) This plaintiff spoke to "Deputy Clerk Barbara Grady" During this Legal call. This Plaintiff Asked Her if she Recieved His Letter of concern yet & she confirmed...

8.) "Deputy Clerk" Barbara Grady told this plaintiff that who-ever would Do such A thing would be commiting A Federal crime.

9.) This plaintiff who Also Explained. In His Letter to "Deputy Clerk" Barbara Grady, told Her Again on the phone that He was Fearful of the threat, & this plaintiff Assumed that by Contacting Her, He was safe guarding His civil suit.

10.) This Plaintiff At the Request of Deputy clerk Barbara Grady, called ~~clerk~~ MARIA, A clerk At the U.S. D.C.'s office of the clerk in Bridgeport.

11.) During this conversation with clerk MARIA, which took place on Sept 29th 2010 Also, this plaintiff was Informed that A staff Attorney Named Cynthia was still Looking for Appointed council For this Plaintiff, & that "Deputy Clerk Barbara Grady" would forward my letter to Her Also For ~~the~~ Court Records.

—3—

12.) Clerk MARIA then said for this plaintiff to contact her again via legal call to be informed of the progress in finding appointed counsel for the plaintiff.

13.) This prisoner then said to clerk Maria that "No matter what anyone sends to the court He Doesn't want to Dismiss or close His case.

14.) On Oct 8th 2010, this prisoner plaintiff Recieved a Letter From The U.S.D.C's office of the clerk Informing Him that His case was closed ☹ The Day After He spoke with Deputy clerk Barbara Grady & clerk MARIA on Sept 30th 2010.

15.) This prisoner plaintiff Never mailed anything that would Inform the court that He wanted to close His civil Action. (Please see Attached Declaration) By Daniel Riles 235258
Plaintiff

★ WHEREFORE this plaintiff is Requesting that the ★ Court VACATE whatever proceedings that was Filed by Fraud & misrepresentation to The U.S.D.C's clerk's office In Respect to "Rule 77" of the Federal Rules of Civil Procedure, para.(C) giving the Court Power to suspend or Alter the clerk's Action upon good cause shown.

Date Oct. 8th 2010.
Daniel C. Riles J.
Daniel A. Riles JR.

- 4 -

Add. Northern C.I.
287 Bilton Rd. Somers, CT. 06071
P.O. Box 665.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Daniel A. Riles #235288
(Plaintiff)

Daniel Bannish, et al.
(Defendants)

CASE # 3:10-CV-00652

Dated: Oct 8th 2010

## DECLARATION

I Daniel Alexander Riles JR. Inmate # 235288 Hereby Declares:

1.) That Allegations set Forth In This plaintiff's motion for Relief From A Judgment, Order or Proceedings From para: 1 trough 15 ARE TRUE & correct under the penalty of Perjury. Also) (Please contact Deputy Clerk Barbara Grady & clerk Maria for verification.

2.) In All Due Respect to this Honorable Court. The plaintiff is Asking that This Court use All motions Filed by this prisoner plaintiff & the letters written to Judge Robert N. Chatigny, Deputy Clerk Barbara & clerk Maria as evidence in comparing my writings. & Also. This plaintiff wrote a Letter to Maria with His motion for Appointment of counsel. that ask that the court use this symbol (ᵾ) As An Identifier of Anything that comes From this Prisoner. I Remember saying that that symbol will Always Be Above my case #. Example. (3:10-ᵾCV-00652).

Executed At N.C.I. 287 Bilton Rd. Somers, CT. on Oct 8th 2010.

#235288
Daniel A. Riles Jr.

4W1

10/10/10

2 whom it may
concern:

From the time period of late Aug. 2 early Sept. An Inmate by the name of IRA Alston #275666 who lives in cell 214 on my Tier, After finding out that I wrote a letter 2 his prosecutor (states Atty. Waddock) in New Haven's superior court. About a confession he made 2 me in 2009 about the murder he doing 35 years for now. He currently Has a Habeas in court for this charge right now. Since He found out he has been threatening 2 kill me & my Family. He Also Has been Attempting 2 get a copy of my Police records under the F.O.I. Act, of a Sexual Assault 2nd degree charge that I was Exonerated of, Just 2 manipulate the Facts of the case 2 Influence other prisoners, mainly his fellow Blood gang members that I'm some type of Pedophile. However the Stamford Police (whom will verify this) sent my Records 2 the D.O.C.'s F.O.I. office (Joan Ellis). When He continued 2 Boast About what He was gonna Do, I wrote A letter 2 the F.O.I. Commission At 18-20 Trinity St In Hartford, who 4-warded my letter 2 Joan Ellis At the D.O.C.'s office in Wethers-


page 7
cont → Field. Mrs. Ellis then contacted me & said he would not be Recieving those Police Records. After, I told him that he wouldn't be Recieving my police Records, he then said he would have his Lawyer on his Habeas (Robert Sullivan) send them via Legal mail or give them 2 him in a Legal visit. I then found out his address of 190 main st of Westport CT, oc sso (#227-1404) & mailed him a letter containing the Responses from the F.O. Commission & the letter from Joan Ellis of the D.O.C's F.O.'s office, telling him not 2 get involved with me & his clients beef. I also asked him 2 mail my copies Back, however 2 this day I havn't Recieved no responce from him. He then began making threats that he Knows my civil suit Docket # pertaining 2 a Lawsuit filed on a c/o here named Micheal Blue who punched me in the face while in restraints behind my back, breaking my nose causing permanent complications with my nose, including Re-occuring Nose bleeds. I also heard him say that Blue gave it 2 him. I don't know if he was lying because I'm not sure Blue was ever served my Lawsuit yet. However my cell has been shaken down in a form of Retaliation that someone knowing me & his dislike for each other he may have given it 2 him. I then contacted the Judge assigned 2—

Page III

Cont→ my case Robert N. Chatigny via letter, on 9/3/10 (please see attached letter). I wasn't sure if he would commit fraud, but he has legal savy & experience with civil suits, (Jail House Lawyer) so I wrote a letter on 9/26/10 2 Deputy clerk Barbara Grady, at the U.S.D. court's office of the clerk in Hartford. I then finally, after over a month without being given a legal call by my unit C.T.O. Mu'min, got a call on 9/29/10, & spoke with Deputy clerk Barbara Grady about whether she recieved my letter dated 9/26/10 yet. She concurred & said that if some-1 did something like that it would be a Federal offense. I then told her that 2 be on the safe side I'm just letting u know that he has been saying that on the unit Tier, but whether he's gonna do it, I'm not sure, but I'm scared anyway. (please contact her for verification) I then told her No matter what any-1 sends u, I don't want 2 close my case. She then told me 2 contact the clerks office at the Bridgeport U.S.D court. I Imediately called a clerk name Maria & told her pretty much the same thing. I also asked if they found me legal representation for my lawsuit, since the court granted me appointment of counsel. She then said a staff attorney name Cynthia was still looking for counsel for my case. She then said 2 check back with her in a couple—

Cont of weeks, I see if they were successful. I then told Her That "I Don't want my case closed or withdrawn No matter what they Recieve In my Name by some-1 else". She then said Deputy clerk Barbara Grady will 4-ward my Letter 2 Her for my File Records. On 10/8/10, Inmate Alston #275666 Recieved Legal mail From ILAP that was Delivered by F.O. Liason C/o Steve Sokoloyski, & screamed out Loud when He saw my Name on the List 4 Legal mail Also. C/o Sokoloyski Then came 2 my cell Door (216) & I signed 4 my Legal mail which I saw was From the U.S.D. Court In Hartford. I then began 2 Read it & saw that my case was closed on 9/30/10, & the Judges Endorsment order Dated 10/5/10. He then began 2 Laugh & Boast Saying "I Told u Nigga" I told u Nigga! "Don't Fuck with ME Nigga" How u Like that! Deputy warden Faucher was conducting A unit tour & I showed Him the Letter & told Him that Inmate IRA Alston Had this Done 2 my case, I need An emergency Legal call Imediately, 2 tell the court that I never sent them anything ordering them 2 withdraw my own case. He said He would Pass the message on 2 the unit captain (captain Little) & said Not 2 panic, they would Investigate it. when He left my cell Door, He stopped at An Inmate by the Name of Luis camby, III Inmate # 131703 in cell 213. Inmate Camby told Deputy Warden Faucher that Inmate Alston Had that Done & was been braggin About it openly on the Tier. A Little Later the warden Angel Quiros did his unit tour, & when He stopped In front of my cell, I then showed Him the Letter & told Him that Inmate Alston in 214 cell Did this 2 my Lawsuit. He Then said He Heard & that they were gunna Investigate the matter. I then Asked 4 A Emergency
Cont

Cont→ Legal call 2 call the court & He said 2 put a Legal call Request In 4 next week after the Holiday of 10/11/10. (Also Nice Vision Camera Facing my cell can verify Deputy warden Faucher & Warden Quiros touring that day after 12pm.) A short time Later During the time of 3:15 – 3:30 C/O Easton came 2 take me 2 the shower, & He ask me in the presence of C/O Admiral, "is it true what Inmate Alston is telling everybody"? I told Him, "Yeah He did it & since u Heard Him saying it when u brought Him 2 the shower with u state that 2 the warden & the F.B.I, that u Heard Him say that & He said "Yeah, Because it's the Truth & He Has No problem telling the Truth 2 Any-1. 2 who ever Reads this, I am not asking u, I'm begging u 2 Investigate this crime. B-cause every thing I Just said in this Letter is the Truth & I will swear under oath with the penalty of perjury, that this is true and correct. I'm sending a copy of this Letter 2 the U.S.D. Court In Bridgeport's office of the clerk, court clerk Maria. Date 10/10/10. Also I think He Had Cedric Young # 250030 make a phone call 4 Him In Sept. Inwhich I wrote 2 warden Quiros & Lt. Seywicki, that During that phone conversation 2 Tawanna Bourad who's Last known add. is 471 Highland Ave. middletown CT. 06112. Cedric young Has Ira Alston's girlfriend's phone # on His phone List Also I believe she may Have Help Him commit this crime of Fraud on the U.S.D. Courts.

CC/ U.S.D.C. office of clerk In Bridgeport

Respectfully Submitted
Daniel Ples... #235858

CONNECTICUT DEPARTMENT OF CORRECTION
NORTHERN CORRECTIONAL INSTITUTION

# Inmate Request Form
### Connecticut Department of Correction

**Inmate name:** D. Riles
**Facility/Unit:** N.C.I.
**Submitted to:** (WARDEN) Quiros
**Housing unit:** 1-west #216
**Inmate number:** P.O.W.# 235285
**Date:** 10/10/10

**Request:** This is just A follow-up of what was told 2 u by Deputy warden Faucher & myself. If u can remember, u wrote us A Request last month about Inmate Alston #275666 & Cedric Young #250030, & how He made A call 2 some girl 4 Inmate Alston & He did + Him 2 ask about Did she Do that thing with Daniel Riles, or something of that Nature. Also wrote Lt Seyuickii about the same issue. C/O Easter is willing & inform u In Your investigation of fraud on the court U.S.D. Court that Inmate Alston was telling other inmates on the way 2 the shower that Day that He Did it. C/O Elisha said He would tell the truth about what He Heard. Also wrote

**Previous action taken:**

**Acted on by (print name):**

**Action taken and/or response:** I'm sending A copy of this Request & 10/10/10 & A copy of my Request 4 An emergency Legal call 2 U.S.D. Court u told me 2 write 4. Thank u!
C/O U.S.D. Court P.S. Also wrote
Office of clerk.   A letter 2
The F.B.I.

Respectfully Submitted
D. Riles
P.O.W.# 235285

**Title:**

**Signature:**

**Date:**