**October 27, 2010**

<u>Riles v. Bannish</u>, Case No. 3:10-CV-652(RNC)

Plaintiff's motion for relief from judgment (doc. 14) is granted.
The Clerk will reopen the case.  Counsel will be appointed for
Mr. Riles in accordance with the Court's prior order (doc. 9).
Plaintiff's motion to intervene (doc. 15) and motion for a
protective order (doc. 16) are denied.  So ordered.


                        _____/s/_____
                        Robert N. Chatigny, U.S.D.J.