United States District Court
District of Connecticut

Daniel A. Riles Jr. #235288

FILED
2010 NOV -1 P 2:05
DISTRICT COURT
BRIDGEPORT, CONN

V.

Declaration

Daniel Bronish Et AL. Defendants

Eugene Sykes #312444

CASE # 3:10-CV-00652

I Eugene Sykes #312444 hereby declare the following statement to be true.

On several different occasions while being on the 9 man tier in cell #212, at Northern CI in the 1West housing unit I heard one indivisual who I do not know by name repeatedly state that he was working on getting inmate Daniel A. Riles Jr. civil lawsuit case closed. When this eventually happened the inmate began to boast about "it" meaning Daniel A. Riles Jr. civil lawsuit being closed "his work". Daniel A. Riles Jr. did not intentionally falsify any documents requesting his own case to be closed nor was he aware of his case being closed behind his back because of forgery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Somers, Connecticut on October 26th 2010.

Eugene Sykes
SIGNATURE