UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL A. RILES, JR. | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:10-CV-00652 RNC |
| V. | : | |
| | : | |
| DANIEL BANISH, ET AL. | : | |
| | : | |
| Defendants. | : | NOVEMBER 28, 2011 |

**JOINT STATUS REPORT**

The parties jointly submit this status report in response to the Court's November 4, 2011 order (Document No. 58).

The undersigned counsel for both parties have conferred and agree that a settlement conference would not be productive at this time. As the Plaintiff has not yet been examined by a medical expert, counsel for the Plaintiff believes that scheduling a settlement conference at this time would be premature.

The parties will report back to the Court immediately in the event they believe that a settlement conference would be beneficial in this matter.

11413666-v1

| PLAINTIFF | DEFENDANTS |
|---|---|
| DANIEL RILES | MARK BUCHANAN, ET AL. |
| | |
| | GEORGE JEPSEN |
| By:/s/ Benjamin C. Jensen | ATTORNEY GENERAL |
|    James A. Wade (ct00086) | |
|    Jamie M. Landry (ct27358) | |
|    Benjamin C. Jensen (ct27198) | By:/s/ Ann E. Lynch |
|    Robinson & Cole LLP |    Ann E. Lynch (ct08326) |
|    280 Trumbull Street |    Assistant Attorney General |
|    Hartford, CT 06103-3597 |    110 Sherman Street |
|    Tel. No.: (860) 275-8200 |    Hartford, CT 06105 |
|    Fax No.: (860) 275-8299 |    Tel. No.: (860) 808-5450 |
|    E-mail: jwade@rc.com |    Fax No.: (860) 808-5591 |
|    E-mail: jlandry@rc.com |    E-mail: ann.lynch@po.state.ct.us |
|    E-mail: bjensen@rc.com | |

## **CERTIFICATION**

This is to certify that on the 28th of November, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all applicable parties by operation of the Court's electronic filing system.

/s/ Benjamin C. Jensen
Benjamin C. Jensen
